**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 8:25-cv-02547-KES                              Date: February 17, 2026

Title:  ANGEL GARCIA v. LYNN'S AUTO AIR, INC., et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution**

Angel Garcia ("Plaintiff") filed this action against two Defendants: (1) Lynn's Auto Air, Inc. ("LAA"), and (2) William A. Ahern, Jr. ("Ahern"), as trustee of the William A. Ahern, Jr. Revocable Trust.  (Dkt. 1.)  Plaintiff filed his proof of service on Defendant LAA (Dkt. 10) and later dismissed LAA (Dkt. 11).

Plaintiff is ORDERED to show cause why the remaining claims against Defendant Ahern should not be dismissed for lack of prosecution.  Plaintiff may discharge this Order to Show Cause by filing **before March 3, 2026**, either (1) proof of service on Defendant Ahern, or (2) a notice of settlement and/or voluntary dismissal of the entire case.

Initials of Deputy Clerk jd